IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADLEY M. NORTHRUP, | : | CIVIL NO.: 1:20-CV-00412 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| KILOLO KIJAKAZI,[1]<br>Acting Commissioner of<br>Social Security, | : | |
| Defendant. | : | |

<u>**ORDER**</u>

March 24, 2022

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the Commissioner's decision is **AFFIRMED**. The Clerk of Court shall enter judgment in favor of the Commissioner and against the plaintiff and then close this case.

<u>*S/Susan E. Schwab*</u>
Susan E. Schwab
United States Magistrate Judge

---

[1] Kilolo Kijakazi is now the Commissioner of Social Security, and she is automatically substituted as the defendant in this action. *See* Fed. R. Civ. P. 25(d) (providing that when a public officer sued in his or her official capacity ceases to hold office while the action is pending, "[t]he officer's successor is automatically substituted as a party"); 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").